# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P&P IMPORTS LLC <br> Plaintiff(s) <br> v. <br> 99 CENTS ONLY STORES LLC, et al. <br> Defendant(s) | CASE NUMBER <br> 8:18-cv-01099-JVS-JDE <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

99 Cents Only Stores & Number Holdings  ☐ Plaintiff  ☒ Defendant  ☐ Other
*Name of Party*

to substitute Boris Zelkind who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

DUANE MORRIS LLP, 750 B Street, Suite 2900
*Street Address*

San Diego, CA 92101                     BZelkind@duanemorris.com
*City, State, Zip*                              *E-Mail Address*

(619) 744-2267           (619) 923-2673           214014
*Telephone Number*         *Fax Number*             *State Bar Number*

as attorney of record instead of Loni L. Morrow - Knobbe, Martens, Olson & Bear, LLP
*List **all** attorneys from same firm or agency who are withdrawing.*

**is hereby**    ☒ **GRANTED**    ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  November 13, 2018

*[signature]*
U. S. District Judge

G–01 ORDER (09/17)    **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**