| | |
|---|---|
| **LEVIN & DICTEROW** | **DUANE MORRIS LLP** |
| William E. Levin (SBN 104631) | Boris Zelkind (SBN 214014) |
| Steven M. Dicterow (SBN 89371) | BZelkind@duanemorris.com |
| 668 N. Coast Highway, Suite 1264 | Meghan C. Killian (SBN 310195) |
| Laguna Beach, CA 92651 | MCKillian@duanemorris.com |
| williamlevin@hotmail.com | 750 B Street, Suite 2900 |
| sdicterow1121@yahoo.com | San Diego, CA 92101 |
| (949) 613-5131 | (619) 744-2267 |

**P&P IMPORTS LLC**
Casey Kempner (SBN 272149)
3233 W. Castor Street
Santa Ana, CA 92704
CKempner@pandpimports.com
(650) 488-8270 Ext. 109

Attorneys for Defendants,
99 CENTS ONLY STORES LLC
and
NUMBER HOLDINGS, INC.

Attorneys for Plaintiff,
P&P IMPORTS LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P&P Imports LLC, a California Limited Liability Corporation  Plaintiff,  v.  99 Cents Only Stores LLC, a California Limited Liability Corporation d/b/a Momentum Brands, Momentum Brands, Inc., a California Corporation Number Holdings, Inc., a Delaware Corporation, and Does 1-10 Inclusive  Defendants. | **Case No.:** 8:18-cv-01099-JVS-JDE  **JOINT STATUS REPORT OF MEDIATION AND SETTLEMENT**  Judge: Honorable James V. Selna  Courtroom: 10C |

Plaintiff P&P IMPORTS LLC, and Defendants 99 CENTS ONLY STORES LLC, and NUMBER HOLDINGS, INC. (collectively the "Parties") conducted mediation before the Honorable Rosalyn M. Chapman, ret. on March 12, 2019, where the Parties successfully reached an agreement in principle to settle the case, including executing a term sheet of essential terms.

The Parties are in the process of reducing into writing the terms of the definitive settlement agreement. The Parties anticipate this will be completed no later than thirty (30) days from today.

Dated:  March 28, 2019

Respectfully submitted,

**P&P IMPORTS LLC**
Casey Kempner

**LEVIN & DICTEROW**
William E. Levin
Steven M. Dicterow

By: /s/ William E. Levin
    William E. Levin
    Attorneys for Plaintiff

Dated: March 28, 2019

**DUANE MORRIS LLP**
Boris Zelkind
Meghan C. Killian

By: /s/ Boris Zelkind
    Boris Zelkind
    Attorneys for Defendants

JOINT STATUS REPORT OF MEDIATION AND SETTLEMENT

## SIGNATURE ATTESTATION

Pursuant to General Order No. 45(X)(B), I hereby attest that I have obtained the concurrence in the filing of this document from all the signatories for whom a signature is indicated by a "conformed" signature (/s/) within this e-filed document and I have on file records to support this concurrence for subsequent production for the court if so ordered or for inspection upon request.

Dated: March 28, 2019

                                              /s/ William E. Levin
                                              William E. Levin
                                              Attorneys for Plaintiff
                                              P&P IMPORTS, LLC