JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P and P Imports LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 99 Cents Only Stores LLC et al., ) <br> ) <br> Defendant(s). ) <br> _____ ) | 8:18-cv-01099-JVS-JDE <br><br> ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: April 8, 2019

_____
James V. Selna
United States District Judge