# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| P and P Imports LLC<br><br>PLAINTIFF(S)<br>v.<br>99 Cents Only Stores LLC et al<br><br>DEFENDANT(S) | CASE NUMBER<br>SA CV 18-1099-JVS (JDEx)<br><br>NOTICE OF CLERICAL ERROR |

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☒ docket entry  have/has been corrected as indicated below.

Title of scanned document: REPORT ON THE DETERMINATION OF AN ACTION Regarding a Copyright

Filed date: April 8, 2019   Document Number(s): 35

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are: _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are: _____ .

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are: _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order 19-03, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____ .

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ Date ENTERED on CM/ECF was stamped on the document. The correct date is _____ .

☐ Document is missing page number(s): _____

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☒ Other: Report on Determination of An Action Regarding a Copyright (Closing) was docketed with the wrong attachment to the report. The Order of Dismissal has been replaced to include the correct order of dismissal. Attachment included.

CLERK, U.S. DISTRICT COURT

Date: April 8, 2019   By: /s/ Evelyn Synagogue
         Deputy Clerk

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| P and P Imports LLC, | ) | 8:18-cv-01099-JVS-JDE |
| | ) | |
| Plaintiff, | ) | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| v. | ) | |
| 99 Cents Only Stores LLC et al., | ) | |
| Defendant(s). | ) | |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 45 days</u>, to reopen the action if settlement is not consummated.

DATED: April 8, 2019

_____
James V. Selna
United States District Judge